UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE HALL,

    Plaintiff,

v.

    Case No.: 1:10-cv-1221

    HONORABLE PAUL L. MALONEY

MIKE MARTIN, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Phillip J. Green in this action (ECF No. 129). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that plaintiff's second motion for summary judgment (ECF No. 101) is **DENIED**.

Dated:  March 11, 2015                  /s/ Paul L. Maloney
                                                         Paul L. Maloney
                                                         Chief United States District Judge